IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>MATTHEW GAINES,<br>          Defendant. | Nos. CR 06-00040 WDB<br><br>ORDER REQUIRING MEDICAL ASSESSMENT AND PRESCRIPTION OF MEDICATION FOR DEFENDANT MATTHEW GAINES BY MONDAY, MARCH 6, 2006, AT NOON |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States Marshal Service ensure that defendant Matthews Gaines, who is currently being housed at Santa Rita Jail, and whose date of birth is 12/21/81, PFN number is ULF798 and United States Marshal Number is 32806-112, be seen by a medical physician and prescribed medication for his mental illnesses by no later than Monday, March 6, 2006, at 12:00 p.m. It is further ordered that the United States Marshal Service ensure that confirmation of this be sent to the Honorable Judge Wayne D. Brazil by facsimile at (510) 637-3327 no later than Monday, March 6, 2006, at 12:00 p.m. the Court.

SO ORDERED.

Date: March  3 , 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER RE: MEDICAL ASSESSMENT AND
PRESCRIPTION OF MEDICATION