```
 1
 2
 3
 4
 5
 6
 7                     IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9  UNITED STATES OF AMERICA,        )
                                     )  Nos. CR 06-00040 WDB
10                   Plaintiff,      )
                                     )  AMENDED ORDER REQUIRING
11         v.                        )  MEDICAL ASSESSMENT AND
                                     )  PRESCRIPTION OF MEDICATION
12  MATTHEW GAINES,                  )  FOR DEFENDANT MATTHEW
                     Defendant.      )  GAINES BY MONDAY, MARCH 6,
13                                   )  2006, AT NOON
                                     )
14                                   )
```

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States Marshal Service ensure that defendant Matthews Gaines, who is currently being housed at Santa Rita Jail, and whose date of birth is 12/21/81, PFN number is ULF798 and United States Marshal Number is 32806-112, be seen by a **psychiatrist (Code: 4011.6)**, and **prescribed medication for his mental illnesses by no later than Monday, March 6, 2006, at 12:00 p.m.** It is further ordered that the United States Marshal Service ensure that confirmation of this be sent to the Honorable Judge Wayne D. Brazil by facsimile at (510) 637-3327 no later than Monday, March 6, 2006, at 12:00 p.m. the Court.

SO ORDERED.

Date: March  3 , 2006

_____
WAYNE D. BRAZIL
Judge Wayne D. Brazil

ORDER RE: MEDICAL ASSESSMENT AND
PRESCRIPTION OF MEDICATION

1                                                             United States Magistrate Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: MEDICAL ASSESSMENT AND
PRESCRIPTION OF MEDICATION