KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDICE K. JAN (CASBN 225749)
Special Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3699
   FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.CR 06-00040 WDB |
|    Plaintiff, ) | ORDER TO EXCLUDE TIME FROM |
| ) | MARCH 15, 2006 TO MARCH 22, 2006 |
|    v. ) | FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION (18 U.S.C. § |
| MATTHEW GLENN GAINES, ) | 3161(h)(8)(A) and (B)(iv)) |
| ) | |
|    Defendant. ) | OAKLAND VENUE |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order to continue the hearing date, currently scheduled for March 17, 2006, at 9:30 a.m. before Judge Zimmerman, until **March 24, 2006, at 10:00 a.m. <u>before Judge Wayne D. Brazil</u>**, and documenting the exclusion of time from March 15, 2006, to March 24, 2006, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  March 15, 2006

                                           _/s/ Bernard Zimmerman_
                                           HON. BERNARD ZIMMERMAN
                                           United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME FROM MARCH 15, 2006, TO MARCH 22, 2006, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) and (B)(iv))
No.CR 06-00040 WDB