IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTHEW GAINES,<br><br>   Defendant. | Nos. CR 06-00040 WDB<br><br>ORDER RELEASING DEFENDANT MATTHEW GAINES FROM CUSTODY EFFECTIVE MONDAY, APRIL 3, 2006 |

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Matthew Gaines, who is currently being housed at Santa Rita Jail, and whose date of birth is 12/21/81, PFN number is ULF798 and United States Marshal Number is 32806-112, be released from the custody of the United States Marshal Service effective Monday, April 3, 2006.

   IT IS FURTHER ORDERED that the United States Marshal Service roll up and transport Mr. Gaines to the Oakland federal building, 1301 Clay Street, Oakland, California, on Monday morning, April 3, 2006, so that he can be released from their custody to United States Pretrial Services. The Court understands that AFPD Joyce Leavitt intends to meet with Mr. Gaines and his pretrial services officer, and then transport Mr. Gaines directly to Cornell Corrections, Inc., in Oakland, California.

   SO ORDERED.

Date: March 31, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

RELEASE ORDER