PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil　　　　RE: Matthew Gaines
U.S. Magistrate Judge

**FILED**
MAY 1 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM: Claudette M. Silvera, Chief　　　　DOCKET NO.: CR06-00040 WDB
U.S. Pretrial Services Officer

DATE: May 12, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson　　　　(510) 637-3752
U.S. Pretrial Officer Specialist　　　　TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __5/16/06__ at __10:00 am__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
Wayne D. Brazil　　　　　　5-15-06
JUDICIAL OFFICER　　　　　　DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copies to parties via ECF
Pretrial