PROPOSED ORDER/COVER SHEET

**FILED**
JUN 1 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:    Honorable Wayne D. Brazil     RE:    Matthew Gaines
         U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief     DOCKET NO.:    CR06-00040 WDB
          U.S. Pretrial Services Officer

DATE:    June 15, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

       Victoria Gibson                (510) 637-3752
   U.S. Pretrial Officer Specialist          TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____       6-15-06
JUDICIAL OFFICER                     DATE

Cover Sheet (12/03/02)

cc: WDB's stats, Copy to parties via ECF
Pretrial

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Victoria Gibson<br>U.S. Pretrial Services Officer |
| **Subject:** | GAINES, MATTHEW<br>DOCKET NO.: CR06- 00040 |
| **Date:** | June 16, 2006 |



# MEMORANDUM

Your Honor:

The above-referenced defendant last appeared before Your Honor for a status hearing on June 14, 2006. At that time, defense counsel requested that the defendant be allowed to remain at Cornell Corrections and that he be allowed to leave Cornell Corrections for employment and school purposes. A further hearing was scheduled before Your Honor on June 19, 2006.

Since the previous bail review hearing, on May 16, 2006, Assistant Federal Public Defender Joyce Leavitt has been assisting Mr. Gaines with his Social Security benefits application and with joining the union. Per Ms. Leavitt, these endeavors have been going well and progress is being made. As such, Pretrial Services advised both parties that we were amenable to extending the defendant's stay at Cornell Corrections for one more month.

At the time the above was discussed with counsel, Pretrial Services was unaware that Mr. Gaines was not taking his psychotropic medication as prescribed. We are concerned with this information, and <u>we do not believe the defendant should be engaging in employment related activities unless he is taking his medication exactly as prescribed.</u>

If the defendant agrees to take his medication exactly as prescribed and see the psychiatrist as scheduled, Pretrial Services does not oppose the defendant's employment search. Additionally, we do not oppose a one-month extension of his stay at Cornell Corrections.

This memorandum is submitted for Your Honor's information and consideration.

PRETRIAL SERVICES REPORT
FOR THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: GAINES, MATTHEW                                                                                     PAGE 2

Respectfully submitted,

Victoria Gibson
U.S. Pretrial Services Officer

Reviewed by

Silvio Lugo, Supervising
U.S. Pretrial Services Officer

cc: Joyce Leavitt, AFPD
    Garth Hire, AUSA