BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant GAINES

**FILED**

JUN 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW GAINES,<br><br>　　　　　　Defendant. | No. CR 06-00040 WDB<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF PRETRIAL RELEASE |

　　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for defendant Matthew Gaines may be modified to allow Mr Gaines to leave Cornell Corrections, Inc., for employment-related activities as directed by pretrial services.

　　　　Counsel for Mr. Gaines spoke with United States Pretrial Services Officer Victoria Gibson who has no objection to Mr. Gaines leaving Cornell Corrections Inc. for employment-related activities as long as he has prior approval from pretrial services. Currently, the parties are in touch with the county clinic to make sure that Mr. Gaines' medications have been cleared and that he is in compliance with taking his medication as prescribed or otherwise authorized before

ORDER　　　　　　　　　　　　　　　- 1 -

allowing him to leave for employment-related activities.

All other conditions of release previously imposed on Mr. Gaines shall remain the same.

/S/

DATED:   June 20, 2006
_____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED:   June 20, 2006
_____
GARTH HIRE
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for defendant Matthew Gaines may be modified to allow Mr. Gaines to leave Cornell Corrections, Inc., for employment related-activities as directed by pretrial services and as long as he is in compliance with taking his medication as prescribed or otherwise authorized by his doctor. All other conditions of release previously imposed shall remain the same.

SO ORDERED.

DATED: 6-20-06
_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER                                    - 2 -