1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  GARTH HIRE (CASBN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 06-00040 WDB
                                    )
14     Plaintiff,                   )
                                    )   NOTICE OF DISMISSAL
15   v.                             )
                                    )
16 MATTHEW GLENN GAINES,            )
                                    )   (OAKLAND VENUE)
17     Defendant.                   )
                                    )
18 _____  )

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above information

21 without prejudice and moves that the Court quash the arrest warrant issued in connection with

22 the information in this case.

23 DATED: August 1, 2006                    Respectfully submitted,

24                                          KEVIN V. RYAN
                                            United States Attorney
25

26                                          _____/s/_____
                                            GARTH HIRE
27                                          Assistant United States Attorney

28

   NOTICE OF DISMISSAL (CR 06-00040 WDB)

1 | Leave of Court is granted to the government to dismiss the above-captioned information. It is
2 | further ordered that the arrest warrant issued in connection with the information is quashed.

Date:  August 1, 2006

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Wayne D. Brazil]*

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

2